# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Vinette D'Andrade, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:14-cv-00861-ODE |
| Nationstar Mortgage LLC; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: May 5, 2014

                                            Respectfully submitted,

                                              /s/  Sergei Lemberg, Esq.
                                            Attorney Bar No.: 598666
                                            Attorney for Plaintiff Vinette D'Andrade
                                            LEMBERG LAW L.L.C.

                1100 Summer Street, 3rd Floor  
                Stamford, CT 06905  
                Telephone: (203) 653-2250  
                Facsimile: (203) 653-3424  
                Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 5, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg

                 Sergei Lemberg